**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JOHN TIMMONS,

    Plaintiff,

v.                                                                                  Case No: 5:23-cv-119-JSM-PRL

PULLEY SALTY SNACKS, LLC,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 18). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of October, 2023.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record